**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| ENRIQE PERDOMO AMAYA | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 3:26-CV-1341 |
| | ) | Judge Trauger |
| CHRISTOPHER BULLOCK, ET AL., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

It is hereby ORDERED that a telephone conference will be held with counsel for the parties on Monday, September 21, 2026 at 1:00 p.m. Judge Trauger's Courtroom Deputy will email to counsel the number they should call in order to participate in the telephone conference.

It is so **ORDERED**.

ALETA A. TRAUGER
U.S. District Judge