**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| ENRIQUE PERDOMO AMAYA,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER BULLOCK Field Office Director, New Orleans Field Office, U.S. Immigration and Customs Enforcement, in his Official Capacity, ET AL.<br>.<br><br>Respondents. | ) | Civil No. 3:26-cv-1341<br>Judge Trauger |

**ORDER**

In a telephone conference held with counsel for the parties on September 21, 2026, Assistant U.S. Attorney Mercedes Maynor-Faulcon represented that the petitioner in this case had to be transported from the Cheatham County Jail to the Federal Facility in Mason, Tennessee within 24 – 48 hours of his arrest as a contractual matter.

It is hereby ORDERED that, within two days of the entry of this order, the respondents shall file an affidavit or declaration explaining this contractual mandate. If the court feels it necessary to actually examine the contract relied upon, it will issue a further order.

It is so **ORDERED**.

ALETA A. TRAUGER
United States District Judge